610

428 A.2d 264

Commonwealth v. Bookman, Appellant.

Submitted November 16, 1979. David Metinko, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

428 A.2d 264

Commonwealth v. Chandler, Appellant.

Submitted November 16, 1979. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.